UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ALEXI CARRILLO LOPEZ** | **CASE NO. 6:20-CV-01214 SEC P** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WILLIAM BARR, ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the petition for writ of habeas corpus be **DENIED AND DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers, on this 27th day of January, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**